**FILED**

APR 0 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) No. 1:08-CR-359 LJO |
| vs. | ) ORDER OF RELEASE |
| JUAN MIGUEL REYES-SOLANO | ) |
| Defendant. | ) |

The above named defendant having been sentenced on April 3, 2009, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: April 3, 2009

LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1